CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JUAN GABRIEL RAMIREZ GONZALEZ, *et al.*,<br><br>            Plaintiffs,<br><br>  v.<br><br>KRISTI NOEM, Secretary, United States Department of Homeland Security, *et al.*<br><br>            Defendants. | Case No. 3:25-cv-06947 PHK<br><br>**JOINT STATUS REPORT AND STIPULATION TO STAY THE CASE; [~~PROPOSED~~] ORDER** |

    The parties submit this joint status report regarding Plaintiffs' Form I-589, Application for Asylum and Withholding of Removal. On November 14, 2025, the Court denied as moot the parties' request to stay the case, in light of the reopening of the federal government. Dkt. No. 11.

    United States Citizenship and Immigration Services ("USCIS") scheduled Plaintiff Ramirez Gonzalez for an interview for November 13, 2025. On the day of the interview, Plaintiff requested the interview be rescheduled. USCIS rescheduled Plaintiff's interview for January 5, 2026. Accordingly, the parties stipulate and request that the proceedings in this case be stayed until May 5, 2026, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and

1  conserve the Court's resources while the parties pursue a potential administrative resolution.

2  Dated: November 28, 2025                          Respectfully submitted,[1]

3                                                   CRAIG H. MISSAKIAN
                                                    United States Attorney

5                                                    /s/ Elizabeth D. Kurlan
                                                    ELIZABETH D. KURLAN
6                                                   Assistant United States Attorney
                                                    Attorneys for Defendants

8  Dated: November 28, 2025

9                                                    /s/ Josh F. Sigal
                                                    JOSH F. SIGAL
                                                    Attorney for Plaintiffs

### [~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS SO ORDERED.  The case is stayed until May 5, 2026.

Date:   11/30/2025

HONORABLE PETER H. KANG
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.